# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

CHRISTOPHER ALEXA AUSTIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2584

———————————————

December 19, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Christopher Alexa Austin, pro se.

PER CURIAM.

Affirmed.

SLEET, SMITH, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.